## FIFTH DEPARTMENT, JUNE TERM, 1892.

Eleanor D. Gaylord, Administratrix, Appellant, v. Nelson Beardsley, Respondent.— Order appealed from reversed, with ten dollars costs and disbursements, and the defendant's motion denied. Opinion by Lewis, J.

The Delaware, Lackawanna and Western Railroad Company, Appellant, v. The Board of Supervisors of Livingston County and another, Respondents.— Order appealed from affirmed, with ten dollars costs and disbursements. Opinion *Per Curiam*, left with Dwight. P. J.

John Dennis, Appellant, v. Robert C. Harris and others, Respondents.— Judgment and order appealed from affirmed. Opinion by Lewis, J.

Anna Mochel, Respondent, v. Sherman W. Kroll, Appellant.— Judgment and order appealed from affirmed on authority of *Sandford* v. *Moss* (18 N. Y. Supp., 673) and *Joy* v. *Diefendorf* (40 N. Y. St. Rep., 491).

Oliver M. Kemp, as Executor, etc., Plaintiff, v. The Good Templars' Mutual Benefit Association, Defendant.— Plaintiff's motion for a new trial denied, with costs, and judgment ordered for the defendant on the verdict. Opinion by Macomber, J.

Enos G. Laney, Individually and as Administrator, etc., Respondent, v. Mary K. Laney, Appellant.— Judgment reversed and a new trial granted, with costs to abide the event, unless the plaintiff stipulate to reduce the recovery by the sum of $1,930.40, as of the date of the report of the referee; and in case such stipulation be given the judgment is affirmed for the sum of $5,612.04, without costs of this appeal to either party. Opinion by Lewis, J.

Clarinda T. Killick, Respondent, v. James H. Hooker, Appellant. — Judgment of the County Court of Monroe county appealed from affirmed, with costs. Opinion by Dwight, P. J.

May Ensign, as Administratrix with the Will Annexed, Respondent, v. Thomas Dickinson and another, Appellants. —Interlocutory judgment appealed from reversed, with costs, and the demurrer allowed, with costs, but with leave to the plaintiff to serve an amended complaint within twenty days on payment of costs. Opinion by Macomber, J.

James H. Lake, Respondent, v. John B. McElfatrick and others, Appellants. —Judgment and order appealed from affirmed. Opinion by Dwight, P. J.; Lewis, J., not sitting.

John J. P. Read, Appellant, v. August Simon, Respondent. — Order appealed from affirmed, with ten dollars costs and disbursements, but with leave to the plaintiff to serve a supplemental complaint within thirty days on payment of costs. Opinion by Macomber, J.; Lewis, J., not sitting.

Charles Jones, Respondent, v. Orin S. Bacon, as Surviving Executor, etc., of James McKechnie, Deceased, Appellant. —Judgment and order appealed from reversed and a new trial granted, with costs to abide the event. Opinion by Lewis, J.

M. E. Bower and another, Respondents, v. Edwin B. Thomas, Appellant. —Judgment of County Court of Cayuga county appealed from affirmed, with costs. Opinion by Dwight, P. J.

John Rorbach, Appellant, v. Lloyd W. Crossett, Respondent. —Judgment and order appealed from affirmed. Opinion by Macomber, J.

Jacob Latz, Respondent, v. August Keiser and another, Appellants. —Judgment and order appealed from affirmed. Opinion by Lewis, J.

David A. McDonald and another, Plaintiffs, v. Albertus B. Johnson, Defendant, Impleaded, etc. — Defendant's motion for a new trial denied, with costs, and judgment ordered for the

plaintiffs on the verdict. Opinion by Macomber, J.

Elma Leonard, Respondent, v. Charles S. Birdsall, Appellant.—Judgment and order appealed from affirmed.

Florence A. Smith, Plaintiff, v. The City of Rochester, Defendant. — Plaintiff's motion for a new trial denied, with costs, and judgment ordered for the defendant on the nonsuit. Opinion by Macomber, J.

64h q 637
f64ad 60

William W. Mack and others, Appellants, v. Edward P. Snell, Respondent. — Judgment appealed from affirmed.

Catherine Mehegan, Administratrix, etc., Respondent, v. The New York Central and Hudson River Railroad Company, Appellant. — Judgment and order appealed from reversed and a new trial granted, with costs to abide the event. Opinion by Macomber, J.

John O'Day, Appellant, v. Byron Chaffee, Respondent. — Judgment and order appealed from affirmed. Opinion by Lewis, J.

Michael McNamara, Administrator, etc., Respondent, v. The New York Central and Hudson River Railroad Company, Appellant. — Judgment and order appealed from reversed and a new trial granted, with costs to abide the event. Opinion by Dwight, P. J.

Isaiah C. Miller, Appellant, v. William H. Cobb and another, Respondents. — Orders appealed from modified as indicated in the opinion, and, as so modified, affirmed, with ten dollars costs and disbursements. Opinion by Macomber, J.

Saly J. Mayer and others, Respondents, v. The Rheubottom & Teall Manufacturing Company, Appellant. — (Before Lewis and Davy, JJ.) Order appealed from affirmed, with ten dollars costs and disbursements, on opinion of Macomber. J., at Special Term. Dwight, P. J., and Macomber, J., not sitting.

John A. Van Ingen, Respondent, v. Conrad Herold, Appellant. — Order appealed from reversed, with ten dollars costs and disbursements, and the motion denied, with ten dollars costs. Opinion by Macomber, J.

Isaac Altman and another, Administrators, etc., Respondents, v. Gabriel Wile, as General Guardian of Eli Hofeller, Eli Hofeller and others, Appellants. —Judgment appealed from reversed as to the appellant Eli Hofeller and a new trial granted, with costs to the appellant Eli Hofeller to abide the final award of costs; and as to all the other appellants affirmed, with costs. Opinion by Dwight, P. J.

[No. 1.] Alfred Bell, Appellant, v. John H. Howe, Respondent. —Judgment appealed from affirmed, with costs. Opinion by Lewis, J.

[No. 2.] John H. Howe, Respondent, v. Alfred Bell, Appellant. —Judgment appealed from affirmed, with costs. Opinion by Lewis, J.

In the Matter of the Judicial Settlement of the Accounts of Margaret S. Chamberlain, as Executrix of Julius A. Chamberlain, Deceased. — Decree of the surrogate of Cayuga county appealed from affirmed, without costs of this appeal to either party. Opinion by Macomber, J.

Tobias Koser, Appellant, v. August C. Sommer, Respondent. —Judgment of County Court of Monroe county appealed from reversed, and the judgment of the justice of the peace affirmed, with costs in this court and in the County Court. Opinion by Dwight, P. J.

The Village of Waterloo and others, Respondents, v. The Seneca Electric Railway, Appellant. —Interlocutory judgment appealed from affirmed, with costs, but with leave to the defendant to serve an answer within twenty days on payment of the costs of the demurrer and of this appeal.